IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THADDEUS LEIGHTON HILL,

     Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2982

Opinion filed January 7, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Thaddeus Leighton Hill, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Barbara Debelius, Assistant General Counsel,
Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

WETHERELL, MAKAR, and WINOKUR, JJ., CONCUR.